# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# SHREVEPORT DIVISION

| | |
|---|---|
| **TIMOTHY HUCK** | **CIVIL ACTION NO. 24-cv-1796** |
| **VERSUS** | **JUDGE TERRY A. DOUGHTY** |
| **CITY OF SHREVEPORT ET AL** | **MAGISTRATE JUDGE HORNSBY** |

## JUDGMENT

For the reasons assigned in the Report and Recommendation of the Magistrate Judge previously filed herein, and having thoroughly reviewed the record, including the written objections filed, and concurring with the findings of the Magistrate Judge under the applicable law;

**IT IS ORDERED** that Defendants' Motion to Dismiss (Doc. 23) is **GRANTED IN PART** by dismissing all federal claims against all defendants with prejudice.

**IT IS FURTHER ORDERED** that all state law claims are remanded to the First Judicial District Court, Caddo Parish, Louisiana.

MONROE, LOUISIANA, this 10th day of July, 2025.

_____
Terry A. Doughty
United States District Judge